# EXHIBIT A

Hi Goldmar

I still have constant issues with the android app on all devices...cutting out, disconnecting, taking forever to reconnect and a terrible lag on the camera. I have looked at many online forums and this is a constant complaint about the android app. I understand the iphone app is much better and even has an auto reconnect feature. When will the android app be improved? It is not usable as a baby monitor in its current state. It cut out on me the other night and my babies cried for 2 hours before i woke up and realized that it had become disconnected. This is unacceptable as a baby product and should be pulled from the shelf until the platform is more stable. I even bought a tablet (android) when i first got the unit because the arlo tablet wasn't out yet. Now there is literally no date when the tablet will be available. Again another unacceptable issue - the tablet has been delayed over and over (even given previous available dates) with is false marketing and borderline fraud. Please escalate this issue to your upper management as i now have a $300 paperweight that i don't trust to stay connected to monitor my baby. I will also be posting reviews on amazon and on the arlo forum discouraging other buyers from buying this product due to the huge issues.

This was replied on 30/Dec/2017.

Hi Ryan,

Good day!

Thank you for the response and I'm sorry to hear about the experiences that you're having with the app. Rest assured that your comments and feedback are documented as these are important to us to better our services. Let me discuss your issues with the appropriate team so that I can give you accurate answers especially with the development of the android app and with the Arlo Baby monitor.

Head office will be closed until the holidays so I would like to ask more time for me to get back to you on this.

I appreciate your time and I do apologize for the inconvenience.

Regards,

Goldmar
Expert ID 8310
NETGEAR Level 2 Support

In between this email until 06/Feb/2018, the case was escalated to our higher tiers. You sent email update on 06/Feb/2018.


Goldmar

Someone from your executive mgmt contacted me shortly after this email. They assured me my problems would be fixed and they would make it right. To date

NOTHING from anyone else. I am shocked by the lack of support for such a serious issue. There are talks on an online forum of a class action lawsuit against netgear for the serious problems that are occurring with this baby monitor and the companies unwillingness to address the serious issues.

My colleague responded to your email on 07/Feb/2018.

Hi Ryan,

Our engineers are still currently working on a fix for this. We will send another follow-up to them and we will let you know once we receive any feedback.

Thank you for your cooperation on this case. Have a great day!

Best Regards,

Neil
Expert ID: 8324
NETGEAR Level 2 Support Expert

And a follow up email was sent by Goldmar again on 14/MAr/2018.

Hi Ryan,

Good day!

I'd like to inform you that the always listening issue should be solved after Android app ver. 2.4.5.05 and later version. Engineering tested and confirmed that they do not see the issue.

Please check if you're still seeing the issue. Make sure that the app on your phone is v2.4.8.19938.

I'm looking forward for your feedback.

Regards,

Goldmar
Expert ID 8310
NETGEAR Level 2 Support

Goldmar tried to call you on 16/Mar/2018 but he was not able to reach you. And the last update to this case is your last email requesting to whole correspondence to the case.

Let me know if there is anything else that I can assist you with.

Thank you once again for choosing NETGEAR.

Best Regards,

Christine
Expert ID 8306
NETGEAR Level 2 Support

**\*\*\* This is an automatic, system-generated message. Please do not reply directly to this message. \*\*\***

**To send a follow-up response, click on the following link:**

https://my.netgear.com/myNETGEAR/portal/OnlineCaseUpdate.aspx?val=yaYJaZ1vFCAGlneSz6CWNQ%3D%3D&id=t2Vx2OzBHQNT8s68tkhIyg%3D%3D

NOTE: If clicking the link above does not work, copy and paste the URL in a new browser window instead.