# EXHIBIT B

**Arlo Baby and Dedicate Touch Screen Monitor**

My wife and I have an Arlo Pro system and are interested in the Arlo Baby. We also really like the dedicated touch screen so we could separate the Arlo Baby from our other Arlo's a little and because the live stream on the app times out after awhile and it would mean we don't have to dedicate our tablets or phones to streaming the baby's cam. We have a 9 week old, so we hope to get the Arlo Baby sooner versus later and noticed the version with the dedicated touchscreen monitor isn't on preorder and is said to arrive sometime in the summer.

Questions: Is the current pre-order Arlo Baby model without the dedicated touchscreen able to function with the touchscreen monitor later? Will the monitor be sold separately as well so that we could pre-order an Arlo Baby now and then buy the touch screen monitor separately to go with it when it comes out or if we simply wanted a second dedicated monitor later? Solved! Go to Solution.

Message 1 of 145

Labels:

- **Before You Buy**

**0 Kudos**

**Reply**

Accepted Solutions



JamesC   NETGEAR Moderator

2018-03-14 09:39 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Dear Arlo Baby user,

First of all, we would like to thank you for being an Arlo Baby customer. We hope that this product has been a valuable addition to your family and keeping you close to your little one. Our ultimate goal has been to create the best, most innovative smart baby monitor in the market. Since the product launched in May 2017, our product and engineering teams have been working on improving connectivity, response time, and adding background features to make using Arlo Baby a delight for you to use every day. We recently launched our integration with Apple HomeKit to provide even more ways for you to make the most out of the product.

We wanted to let you know that we no longer plan to release a dedicated display monitor. Instead, we are offering people who bought an Arlo Baby a $30 coupon for an Amazon Fire HD 8 Tablet (16GB, With Special Offers), redeemable on Amazon.com. We think this tablet is a great alternative to the Arlo Baby Touchscreen Display. It works great with the Arlo app, offers great image and audio quality, and is Alexa-enabled so you can take advantage of the voice control capability offered by Amazon Alexa. If you would like to take advantage of this offer, please reach out to the Arlo Customer Support team. Please be prepared to provide your name, email address, and your Arlo Baby serial number/MAC address which can be found under the camera. Once our team has been able to verify your ownership of an Arlo Baby camera, we will respond to you with a one-time use coupon. This offer is only available to owners of Arlo Baby cameras registered before March 31, 2018.

Warm regards,
The Arlo Team

Message 99 of 145

Tags (3)

- Tags:
- NOT SOLVED
- Pathetic
- typical netgear

**0 Kudos**

**Reply**

All Replies


JamesC 
NETGEAR Moderator

2017-05-08 01:03 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

dsmythe,

The touchscreen display will be available as a stand-alone add-on for Arlo Baby in addition to the bundle. More information will be available on this closer to release.

JamesC

Message 2 of 145

**0 Kudos**

**Reply**


felickz
Initiate

2017-05-09 08:12 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Will it show me all my arlo pro camera feeds or just the baby cam?

Message 3 of 145

**1 Kudo**

**Reply**



PBJ918
Tutor

2017-06-05 06:25 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Ditto

Message 4 of 145

**0 Kudos**

**Reply**



JamesC
NETGEAR Moderator

2017-06-05 07:56 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

The Arlo Baby 7" Touchscreen Display, shipping in Summer of 2017, will be available for purchase as an add-on to your existing Arlo Baby camera for $99.99, or in a set with the Arlo Baby camera for $349.99.

In its Direct Connect mode, the display will allow for live streaming of video from the Arlo Baby camera without the need for an Internet connection. Cloud features such as remote live streaming and Library access will not be available from the tablet in Direct Connect mode. The display can also connect to the cloud via WiFi, just like a regular smart tablet. When connected to WiFi, the tablet will have all the cloud features as you would expect from the Arlo mobile app, and allow you to access all devices on your Arlo account.

JamesC

Message 5 of 145

**3 Kudos**

 Reply



rader
Guide

2017-06-20 11:56 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

When is the release date for the dedicated tablet?  We are well into summer and I bought Baby expecting an imminent release for the tablet.

Message 6 of 145

**1 Kudo**

 Reply



JamesC
NETGEAR Moderator

2017-06-22 09:41 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

rader,

Currently, the target eta is later this year (hoping for a mid-Q3 release). I will post an update when I have more information.

JamesC

Message 7 of 145

**0 Kudos**

Reply



jmelizondo
Initiate

2017-07-28 10:22 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Hi, James.  There is an article on the arlo site that the touchscreen would be available in July 2017:

https://kb.arlo.com/1285498/When-will-the-Arlo-Baby-touchscreen-display-be-available-to-buy

As we are closing in on August, any updates?

Message 8 of 145

**1 Kudo**

**Reply**



JamesC  
NETGEAR Moderator

2017-07-28 10:28 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

jmelizondo,

I believe the target is still for Q3 (I don't have a more granular date). I will provide an update when I have more information.

JamesC

Message 9 of 145

**0 Kudos**

**Reply**

6

JeremyBrumm
Star

2017-08-10 08:57 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I am also looking for a release date for this, do we have a more accurate ETA yet?

Model: VMB3000 | Arlo Base Station,VMC4030| Arlo Pro Wire-Free Camera,arlo.netgear.com | Web Site/App

Message 10 of 145

Tags (1)

- Tags:
- baby monitor

**2 Kudos**

Reply



Zamora13
Initiate

2017-08-10 07:50 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

We have to arlo home system and are looking into the baby monitor. The press release says the add on monitor should be released q2 which we have now passed. Any word on she this will be available.

Message 11 of 145

**2 Kudos**

Reply



Ashnj412
Initiate

2017-08-18 08:35 AM

**Arlo Baby 7" Touchscreen Display**

Hi there,

We currently have the Arlo Pro system and were curious if the touchscreen display would work for the cameras we already have or if you have to have the baby monitor. Also, it keeps being noted that the display will be out this summer but as August is about to end is there a more accurate release date?

Message 12 of 145

**4 Kudos**

**Reply**



JeremyBrumm
Star

2017-08-18 11:22 AM

**Re: Arlo Baby 7" Touchscreen Display**

I would also really like to know when this is coming out.  Im ready to buy it, please take my money.

Message 13 of 145

**3 Kudos**

**Reply**



John3
Initiate

2017-08-19 08:54 AM

**Re: Arlo Baby 7" Touchscreen Display**

I would also like to get an answer to these questions.

Model: VMB3000 | Arlo Base Station
Message 14 of 145

**1 Kudo**

**Reply**



Moodyj 
Aspirant

2017-08-20 09:32 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Ditto on release date for dedicated baby monitor screen. Good to know about direct connection mode.

Message 15 of 145

**0 Kudos**

**Reply**



rader 
Guide

2017-08-21 07:50 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

JamesC, This is becoming really frustrating.  Please tell me the &" Monitor is being released this week.

Message 16 of 145

**1 Kudo**

**Reply**

JamesC
NETGEAR Moderator

2017-08-21 11:46 AM

**Re: Arlo Baby 7" Touchscreen Display**

The Arlo Baby 7" Touchscreen Display, shipping in Summer of 2017, will be available for purchase as an add-on to your existing Arlo Baby camera for $99.99, or in a set with the Arlo Baby camera for $349.99.

In its Direct Connect mode, the display will allow for live streaming of video from the Arlo Baby camera without the need for an Internet connection. Cloud features such as remote live streaming and Library access will not be

available from the tablet in Direct Connect mode. The display can also connect to the cloud via WiFi, just like a regular smart tablet. When connected to WiFi, the tablet will have all the cloud features as you would expect from the Arlo mobile app, and allow you to access all devices on your Arlo account.

JamesC

Update: The latest information I have on target availability is Quarter 3 of 2017 (Months of July, August, September). I do not have any official release information at this time.

Message 17 of 145

**1 Kudo**

**Reply**




JamesC
NETGEAR Moderator

2017-08-23 11:45 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Update: The latest information I have on target availability is Quarter 3 of 2017 (Months of July, August, September). I do not have any official release information at this time.

JamesC

Message 18 of 145

**1 Kudo**

**Reply**



JeremyBrumm
Star

2017-08-23 11:49 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Thanks for the update, I appreciate it.

If you do get a more exact date, please let us know.

Model: VMC4030| Arlo Pro Wire-Free Camera
Message 19 of 145

Tags (3)

- Tags:
- Arlo
- baby
- Release Date

**1 Kudo**

Reply



adambean ⚙⚙
Luminary

2017-08-23 07:36 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

When speaking with netgear via chat as well as Facebook, September is the target month as of a couple weeks ago.

Message 20 of 145

**0 Kudos**

Reply



Knfoster1 ⚙⚙
Aspirant

2017-08-28 10:00 AM

**Arlo baby touch-screen display**

When does the touch-screen come out?

Message 21 of 145

**0 Kudos**

<div style="border:1px solid green;">**Reply**</div>



ChicagoOutfit
Guide

2017-08-28 12:34 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Hello,

We have twins... so, will we be able to monitor both of our Arlo Baby's streams at the same time? I am hoping the Arlo Baby 7" Touchscreen Display (ABD1000) will be able to have a split screen mode. Please let me know if this is an intended functionality.

Thank you

Message 22 of 145

**1 Kudo**

<div style="border:1px solid green;">**Reply**</div>

JamesC
NETGEAR Moderator

2017-08-29 08:08 AM

**Re: Arlo baby touch-screen display**

I do not have an exact launch date at this time. The current target for release is Q3 of this year.

JamesC

Message 23 of 145

**0 Kudos**

<div style="border:1px solid green;">**Reply**</div>



koche 
Initiate

2017-08-29 08:30 AM

**Re: Arlo baby touch-screen display**

Its almost Sep and no date yet.  Thanks but I'm out.  Retruning my Arlo baby and the rest of the cameras and going with another platform.

Message 24 of 145

**1 Kudo**

Reply



JamesC
NETGEAR Moderator

2017-08-29 02:02 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

ChicagoOutfit,

Yes, you can have multiple Arlo Baby cameras connected to one display.

JamesC

Message 25 of 145

**1 Kudo**

Reply

ChicagoOutfit 
Guide

2017-08-29 02:24 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Right. Great. But, can you stream two Arlo Baby Cameras at the exact same time on the device... seeing the streams on a "split screen" type of view?

(This would alleviate having to switch back and forth between two cameras.)

Thank you!

Message 26 of 145

**0 Kudos**

<u>Reply</u>



<u>matt_freder</u>
Initiate

2017-08-31 01:17 PM

**Arlo Baby 7" Touchscreen Display (ABD1000)**

I've seen that the Arlo Baby 7" touchscreen Display has been marked as "coming soon" for some time. I would like to purchase the Arlo baby camera along with the touchscreen display. But I would need both products. Any clue as to how soon is "soon?" Are there any other Arlo displays available other than using a mobile device which isn't a closed circuit connection and isn't always running. Thanks

Message 27 of 145

**1 Kudo**

<u>Reply</u>



<u>JamesC</u>
NETGEAR Moderator

2017-09-01 09:43 AM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

I do not have an exact launch date at this time. The current target for release is Q3 of this year.

JamesC

Message 28 of 145

**1 Kudo**

**Reply**



matt_freder
Initiate

2017-09-01 10:41 AM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

Thank you

Message 29 of 145

**0 Kudos**

**Reply**



jscirocco
Aspirant

2017-09-02 04:40 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I would like to know this as well

Message 30 of 145

**0 Kudos**

**Reply**



JamesC
NETGEAR Moderator

2017-09-07 10:59 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

After further verification, I've been informed that the Arlo Baby touchscreen monitor will be able to stream two Arlo Baby cameras simultaneously.

JamesC

Message 31 of 145

**2 Kudos**

**Reply**



ChicagoOutfit
Guide

2017-09-07 12:02 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Excellent news! Let's release this thing!

Message 32 of 145

**0 Kudos**

**Reply**



Packer86
Initiate

2017-09-07 08:22 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Can screen be pre ordered? When is is being released? How soon could I have it in my house? Baby is 5 days old

Message 33 of 145

**0 Kudos**

**Reply**



MAKnificent24
Aspirant

2017-09-08 02:39 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Can this run three baby cameras simultaneously? What time in Sept will this release? Will it timeout?

Thank You

Message 34 of 145

**0 Kudos**





jdepew
Tutor

2017-09-11 12:49 PM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

So....just noticed this on the product page....

"This Arlo Baby combo set will be available for purchase in **Spring 2018**. Join our pre-order list for future updates on availability!"

What is going on? I bought into the Arlo Baby system - as I'm sure many others did - because of the dedicated display. This is a REQUIRED part of a baby monitoring system. Another 6 month delay is unacceptable.... please update.

Message 35 of 145

Tags (1)

- Tags:
- ABD1000

**3 Kudos**

Reply



gmtom1
Tutor

2017-09-12 07:32 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

It's almost mid-September.  Is this thing EVER going to be released?  If I don't get a definite answer in the next week, you've lost my business Netgear.

Message 36 of 145

**1 Kudo**

**Reply**



Packer86
Initiate

2017-09-12 01:22 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Yes this is not good. I'll have to start looking into something else

Message 37 of 145

**1 Kudo**

**Reply**



jgandhi19
Aspirant

2017-09-13 04:23 PM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

Another delay? I guess they need another 6 months to make sure that turd is nice and polished.

Message 38 of 145

**0 Kudos**

**Reply**



gmtom1
Tutor

2017-09-13 04:53 PM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

Spring 2018?!?!   @JamesC - Care to comment / provide an update?  (And don't tell us Q3 again).

Sounds like Netgear ran into some major issues for the monitor.  Common sense tells me that if the bundle is not available until Spring 2018, the standalone monitor is also not arriving until then.  AFAIK, there's no practical difference between the bundle and standalone.  The pricing is even the same as the two products individually.

Sorry, but unless there's a major change (like immediate availability for purchase) in the next week, I'm taking my business elsewhere.  Netgear, you've lost my business.

Message 39 of 145

**1 Kudo**

**Reply**



Tmamiya
Aspirant

2017-09-14 06:49 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Q3 has only 2 more weeks left, any update on when the dedicated monitor will be released??

Message 40 of 145

**0 Kudos**

**Reply**



JamesC
NETGEAR Moderator

2017-09-15 09:32 AM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

The release of the Arlo Baby touchscreen display has been delayed as further development work needs to be done to bring the product's performance to a level that we believe will satisfy our users' expectations. With the touchscreen display, our goal is to offer a monitoring experience which is simple, real-time, and reliable while still allowing our users to access the smart features Arlo Baby has to offer. We understand that this delay may be causing disappointment amongst our existing Arlo Baby users and we ask for your patience while the Arlo team works on perfecting the product's performance. In the meantime, we recommend that you use a tablet, if available, as a monitoring device.

Message 41 of 145

**0 Kudos**

**Reply**


adambean
Luminary

2017-09-15 10:30 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@JamesC

Is there any chance at getting a date/range? Are we talking next month or two, or 2018?

Thanks

Message 42 of 145

**1 Kudo**

**Reply**



bradpeschel 
Aspirant

2017-09-17 10:05 AM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

Can anyone recommend a cheap alternative tablet as I do not currently have one? The posts on this forum suggest that the Amazon Fire Tablets do to support push notifications from the Arlo app.

Message 43 of 145

**0 Kudos**

**Reply**



gmtom1
Tutor

2017-09-17 10:35 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@adambean The site says the bundle package (cam + monitor) will be available in Spring 2018, so I wouldn't expect anything until at least summer 2018.

Message 44 of 145

**0 Kudos**

**Reply**

bradpeschel
Aspirant

2017-09-17 11:04 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

With that kind of timeline I wouldn't be surprised if a new camera gets released with the tablet.

Message 45 of 145

**0 Kudos**

**Reply**



Jeff_S
Aspirant

**Arlo Baby Touchscreen**

Hello -

Wanted to see if there is a more recent update on the release date for the Touchscreen that accompanies the Arlo Baby camera? It's nearly the end of 3Q 2017 so hoping to get a more definitive date.
Thanks!

Message 46 of 145

**0 Kudos**

**Reply**



rader
Guide

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

Emphasized...
JamesC wrote:

We understand that this delay may be causing disappointment amongst our

existing Arlo Baby users...

This is ridiculous and borders on fraud.  Is Netgear going to do anything to compensate all of us who bought in to a promised system?  My child will be a year old by the time you release.

Message 47 of 145

**0 Kudos**

**Reply**


jguerdat **SUPERUSER**
Guru

2017-09-19 11:07 AM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

Fraud?  Really?  An announcement, regardless of whether a projected date was "promised", hardly constitues fraud.  Better consult a legal dictionary.

Message 48 of 145

**0 Kudos**

**Reply**


rader
Guide

2017-09-19 11:22 AM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

If you don't think repeatedly stating a critical accessory is coming in just a few more weeks while someone who bought in to the system with the promise of a complete product rolls past the return period for said purchase "borders" on fraud, then perhaps you should consult a legal dictionary. I have over a $1000 invested in Arlo and Baby was the deciding factor in taking that plunge. You don't just all of a sudden decide you need six to nine more months to deliver a product... They had to have known there were serious issues and could have made everyone aware a long time ago instead of stringing invested users along with this coming "soon" nonsense.

Message 49 of 145

**0 Kudos**

**Reply**


jguerdat **SUPERUSER**
Guru

2017-09-19 04:03 PM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

Time to take a breath.  There are so many more important things to hyperventilate about.  Sure, it would have been nice to have a product as originally scheduled but do you want a proper product or not? Maybe there are design issues, production issues, components not available, whatever.

It's not even close to fraud.  It's simply a missed target and you're making all kinds of unsupported suppositions.

Message 50 of 145

**1 Kudo**

**Reply**

sullivan
Apprentice

2017-09-19 10:09 PM

**Re: Arlo Baby 7" Touchscreen Display (ABD1000)**

James

I am presuming the display screen only works with Arlo products? As such those who buy will already have the arlo baby.. I think you need to be taking the feedback that this community forum is giving you back to the powers that be at Arlo about just how unhappy everyone is. I am one of those people that went into Arlo in a big way as have 8 Arlo pros plus the Baby. Suggesting a monitor is a poor substitute for mis managing expectations. The Arlo lag in real time viewing can't be a consideration when your talking about a baby. You development team generally are way behind your competitors, most cameras are instant record and even seconds before (UCam247Live for example) . Not about 5 seconds in so miss the key activity! Are you going to consider allowing refunds of opened and used products? Or at worst a massive discount at launch (even preclaunch) to those already purchased an Arlo baby? At lot of people bought this in good faith. It's not fraud clearly, but Arlo does have a responsibility it does need to answer to as currently the product is not fit for purpose where seconds are vital in the life/death of a baby in trouble.

Message 51 of 145

**3 Kudos**

**Reply**



JamesC 
NETGEAR Moderator

2017-09-20 08:39 AM

**Re: Arlo Baby Touchscreen**

Jeff_S,

The release of the Arlo Baby touchscreen display has been delayed as further development work needs to be done to bring the product's performance to a level that we believe will satisfy our users' expectations. With the touchscreen display, our goal is to offer a monitoring experience which is simple, real-time, and reliable while still allowing our users to access the smart features Arlo Baby has to offer. We understand that this delay may be causing disappointment amongst our existing Arlo Baby users and we ask for your patience while the Arlo team works on perfecting the product's performance. In the meantime, we recommend that you use a tablet, if available, as a monitoring device.

You can follow release updates for this product here: Arlo Baby 1080p HD Monitoring Camera and 7" Touchscreen Display - Coming Soon!

JamesC

Message 52 of 145

**1 Kudo**

Reply



Steph44
Guide

2017-09-21 12:28 PM

**Re: Arlo Baby Touchscreen**

Will the wall stand be released before the monitor?

Message 53 of 145

**0 Kudos**

**Reply**



AlbertL 
NETGEAR Employee

2017-09-25 02:42 PM

**Re: Arlo Baby Touchscreen**

Wall stand has been released and available.

Message 54 of 145

**0 Kudos**

**Reply**



adambean
Luminary

2017-09-25 03:06 PM

**Re: Arlo Baby Touchscreen**

Stand still says coming soon.

Message 55 of 145

**0 Kudos**

**Reply**



Phifer
Aspirant

2017-09-28 12:48 AM

**Local Arlo Baby Access**

Hi,

I have an Arlo baby and the amount of lag time to get my camera feed is laughable at times. The tablet that still does not have a release date will have a direct connection to the camera so it will not require an internet connection. This will improve camera feed times when on the same network as the camera. Why is this not built into the android and iOS apps? Thank you

Message 56 of 145

**0 Kudos**

<u>**Reply**</u>



<u>EZEKIEL54</u>
Initiate

2017-10-04 10:56 AM

**Baby monitor screen**

When is the arlo baby screen coming out? I've been told since March it was coming soon I want to return my arlo baby because of this. I cannot view the camera offline. This is unfortunate because I have arlo pro and perfer all my cameras to be on one feed.

Model: VMB3000 | Arlo Base Station
Message 57 of 145

## Tags (1)

- Tags:
- Arlo Baby

**1 Kudo**

<u>**Reply**</u>



<u>nogoalielikeme</u>
Initiate

2017-10-04 06:16 PM

**Arlo Baby Touchscreen Display**

Hello,

When will the 7" touchscreen display be out for the Baby Monitor. There's been no update, and at first the release date was in summer, then end of summer, then end of Q3. It is now October, and past all these dates, please provide an update.

Thank you.

Message 58 of 145

1 Kudo

**Reply**



Schreibz
Tutor

2017-10-14 08:58 PM

**Re: Arlo Baby Touchscreen**

So I bought a baby monitor for my newborn with the assurance that the screen would come sometime over summe. Now it's being said spring 18... my newborn won't be a newborn by then. So this monitor goes from one of the best purchases to a pretty foolish one as WiFi mode on tablets isn't very reliable...

Message 59 of 145

1 Kudo

**Reply**



TheHills
Initiate

2017-10-14 10:11 PM

**Re: Arlo Baby Touchscreen**

Hi there - could we please get an updated eta on the touchscreen? Is there any chance it will be released by Christmas?

Message 60 of 145

1 Kudo

**Reply**



Jarredh
Initiate

2017-10-18 06:15 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Any updates on the time of release for this screen?

Message 61 of 145

**1 Kudo**

**Reply**



Bububu
Initiate

2017-10-21 03:09 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

One can be sure that for each reply here, there are 10 customers that just read these threads. Me for one have been morning the developments around the monitor availability for months and finally decided to register. The delay is unacceptable, Netgear has hundreds if not thousands of developers so any challenges can be addressed if there is a management directive. When I got the camera the expected date for our baby was 4 months after the expected availability date.

Everyone affected should register and voice their concern so the scale of the issue becomes more apparent to the Netgear team.

Message 62 of 145

**2 Kudos**

**Reply**



Rebbienore
Initiate

2017-10-22 07:24 AM

**Touchscreen release**

I've read that the Arlo touchscreen was to be available 7/2017 but when I go
To purchase it still says "coming soon". Very annoying!!! When will it be available??

Message 63 of 145

**2 Kudos**

Reply



Jesiegel
Initiate

2017-10-22 09:30 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I'm quite upset here, I feel like I've been duped, arlo sold me on this device with the anticipation that the tablet would be coming in the second to third quarter in 2017, its now the fourth quarter and nothing. The app on my android keeps disconnecting, and it's not reliable, I cannot trust that my arlo will stay connected through the night. I now Need to go out and buy another baby monitor because I am now past the return date and the dedicated tablet is not available. 250 dollars down the drain on a baby monitor that works about 30% of the time. My son's life is at risk because arlos monitor cannot stay connected, this is a problem with the app, as when this happens I can connect on a different device, or when it happens a different device is still connected even though my app on the errord device says that the arlo is not connected to my network which is false. When will arlo either fix the app issues or release this tablet??

Message 64 of 145

**4 Kudos**

Reply



farrellw 
Guide

2017-11-07 05:30 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

so here we are in november with no answers from netgear anymore.  So this was supposed to be released back in may-july when I bought the camera for our then newborn.  Here she is 6months old growing like a weed and we have to settle for an audio monitor at night, to make sure we can hear her.  Arlo kind of works when we're awake, despite having to reopen the app a bigillion times because it won't stay connected.  I would like to think i would just saw screw it and go buy something else, but I want that dang dedicated display.  At this rate im guess the display will be available sometime between q1 and q4 of 2018-2020  Give or take a bit.  So the real question is, when will it be available?  Your website says coming soon as a standalone item and as a bundle item it says spring.  Well, what is it, coming soon or spring?  Because coming soon doesnt mean squat at this point, since it said coming soon in may, and here we are 6 months later.  So is it going to be another 6 months? or maybe 12 months?  C'mon netgear!

Message 65 of 145

**3 Kudos**


**Reply**



Papamann 
Aspirant

2017-11-25 09:00 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@netgear please advise why there is no eta here.

Message 66 of 145

**0 Kudos**

**Reply**



Gurutek

Aspirant

2017-12-01 11:35 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Hello @netgear - Can you please help us out, and give us a realistic ship date for this product?  To be frank - without the deicated monitor - the camera is pretty crappy, as you really can't trust an App 100% of the time......

Message 67 of 145

**0 Kudos**

Reply



Tmamiya

Aspirant

2017-12-01 01:50 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@netgear,

I returned the Arlo Baby due to the inconsistency and unreliability of your camera and log ins. The inability to follow up on your promised dates and lack of providing dates for the monitor is bad. This is unacceptable for a product to monitor the health and safety of a baby. I will likely not purchase another Netgear product going forward. Rethink how you conduct your business.

Message 68 of 145

**0 Kudos**

Reply



pobo123

Guide

2017-12-03 09:25 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I am in 100% agreement with the BS stringing along that Netgear has done with the arlo baby monitor screen.  This is ridiculous.  I had to buy a tablet to use the camera, as it is useless on the android app, and mostly useless on the adroid tablet.  Fix your app Netgear, and get your screen done!  This camera should have NEVER been sold without the screen, and promise of it coming soon.  Borderline fraud - get people to buy a camera that is absolutely useless!!!

Message 69 of 145

**0 Kudos**

**Reply**



danielhan 
Aspirant

2017-12-04 12:14 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I bought the Arlo Baby with the promise by Netgear that this touchscreen was coming out. I completely regret that mistake and I am very upset at them purposely misleading people about a product they never intended to release. This is fraud and a deceptive business practice. We should all be able to return thier Arlo Baby back to them for a full refund. I will never purchase any product from Netgear again. Their customer service is also beyond terrible.

Message 70 of 145

**0 Kudos**

**Reply**



ChicagoOutfit
Guide

2017-12-04 01:06 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

My experience has been very different. Sure, I would have loved for the tablet to have come out by now... but, the cameras (I have two Arlo Baby) have not failed once. They are crystal clear on any of our devices (iPhone, iPad, iMac) and all of our friends comment on how clear is the feed.

Message 71 of 145

**1 Kudo**

[Reply]

pobo123
Guide

2017-12-04 01:09 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

It sounds like your experience is only with apple products, Android platform is horrible as you can see from the above comments.  Netgear needs to address their issues - i am not buying a whole new platform just to get my Arlo Baby to work as it should have worked in the beginning!  I sure hope their tablet is Apple!

Message 72 of 145

**0 Kudos**

[Reply]

slash32487
Tutor

2017-12-11 03:39 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@netgear please provide an update. there needs to be an eta here. the software relying on wifi just doesnt cut it. my camera desides to not reconnect unless i turn it off on the app and turn it back on. there needs to be constant video without hiccups. i stopped subscribing because i was paying for video

not to stream. i also have a arlo Q which has the same issue. if i was relying on your feed in the event i had a robery i would lose everything and not catch the perp. so basically your sevice would be worthless. on top of all of it i cannot host the footage locally so. im a very unsatified customer and i have ended up buying a audio monitor to suplement my bad investment. i think the software is something you need to build from scratch all over again. from reading in the community im not the only one with these issues.

Message 73 of 145

**0 Kudos**

**Reply**



BigJim378
Tutor

2017-12-19 06:02 PM

**Re: Arlo Baby Touchscreen**

James,

Is there any update on the tablet yet? I clicked the link you provided and it doesn't even list it anymore. Our baby is due in 3 weeks and I am looking to make a purchase, I will not be buying one if I can not get an update on the status of the tablet. I'm sure I am one of many who are searching this product and seeing your blanket copy and paste statements that offer little to no information and are very turned off by that.

Message 74 of 145

**0 Kudos**

**Reply**



MAKnificent24

35

Aspirant

2017-12-19 08:04 PM

**Re: Arlo Baby Touchscreen**

There was just an app update that keeps you logged in via any Apple product and now has an auto reconnect if the signal is lost. I have had up to 4 screens going at once on my iPad. They have canceled all dates in regards to the monitor until maybe sometime next year. So if you have an iPad you can plug in at night and use or a iPhone, you might wanna pass.

Model: VMC4030P | Arlo Pro 2 Wire-Free Cameraarlo.netgear.com | Web Site/App
Message 75 of 145

**Re: Arlo Baby Touchscreen**


I do not currently have any new information on this products release. Keep an eye on the Arlo Baby Products page for updates.


JamesC

Message 76 of 145

**0 Kudos**

**Reply**



Schreibz
Tutor

2017-12-20 12:30 PM

**Re: Arlo Baby Touchscreen**

Looking like anyone who bought the device alone with the promise of getting a monitor later is out of luck. Classic move... Now the only way to get the monitor will be to also buy a new Arlo Baby. At least that's judging by the page that the admin just told us to go to for updates. No longer any mention of the option to purchase a monitor separately, only to buy both together in spring.  What are you going to do for us, Netgear? You promised something,

that got everyone to buy your device and never delivered. This is a really bad look for Netgear... I have been recommending your devices to friends for the past year, but after this, I can't in good concience recommend a company that clearly tries to screw it's customers.

Message 77 of 145

0 Kudos

**Reply**



dsmythe
Tutor

2017-12-20 12:52 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I have had the Arlo Baby for several months now and I love it. It would be a tad nicer with the monitor too, but it's great without it and it's functionality, while imperfect, is largely fantastic. I looked at my neighbor's monitor the other day and it was vastly lower quality and without the vast majority of the features. My brother in law has gone through at least a few monitors with each breaking and being lower quality to my single one. I love that I can check on my little one with push alerts on my phone anywhere and I can take the Arlo Baby everywhere I'm going with wifi. I love that it can distinguish between regular audio (sometimes he babbles in bed) from crying (he needs me). Not to mention the white noise/other tunes, night light, air quality, humidity monitor and temperature gauge. I've done video chats with my wife and our baby. It's a great product. I use my phone and iPad as monitors and while I can't stream video for hours, I've never had a problem streaming audio for hours/all night (often when I sleep). I suspect at least a few complaints might relate to being unfamiliar with the functionality of the app (like being able to turn on audio that doesn't time out easily vs. video that can) and becoming upset, rather than looking up how it works. The Arlo Baby has a surprisingly large number of

features and controls and this can result in having trouble learning all of them, but once you know them, they're great.

And while I'm looking forward to getting the dedicated monitor, it is nice to know I always have a monitor since I pretty much always have my phone. I don't know many, if any, other monitors that can do that and I have to carry 1 less intrusive device, not 2.

The accusations of malicious intent are quite unfounded and bizarre to me. For example, this accusation they were listed separately, now aren't and we are out of luck. I started looking into this 10-11 months ago and have never seen them listed separately. I started this thread for the sole reason to ask if they might be available separately at some point, and they affirmed they would be upon release. So, given I've never seen them listed separately, I have no idea why someone would comment they were and that has changed unless they mean over a year ago. Maybe I missed it, but i've looked pretty regularly for awhile. The only significant change I've seen is estimated release date, which is pretty common with new tech. Every time Canary, Arlo, Ring or a host of others have new products coming, they release "coming soon" "pre-orders", etc. Sometimes those products are delayed. It's pretty common. Estimated release dates aren't promises, so it's pretty ridiculous to accuse them of "trying" to screw anyone over. It sucks, but I don't see anyone offering a dedicated tablet with real time streaming like that, so I'm not going to complain that Netgear is trying to make sure it works optimally before release (i'd rather them wait than release something that works poorly). It is to their advantage to release a fully working product and in no way to their advantage to screw anyone over.

Message 78 of 145

**1 Kudo**

Reply



Schreibz
Tutor

2017-12-20 01:52 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Considering there are countless people who reference the standalone monitor, you must not have been looking for one very hard, but there was one originally stated for release when the Baby first came out. It was listed for $100 and was slated for release in Summer. I bought my Arlo baby back in June thinking that I would have a monitor before the baby moved to his own room and checked for updates almost weekly.  It went from Summer, to Fall, to now nonexistent.

I do agree that the video quality and the device is nice.  I enjoy most the features that it comes with, but that doesn't mean we can't complain about it's rather significant shortcomings...  As for projecting people don't look up how things work, I personally do use the audio only function at night, why would I need to view the screen while I am asleep? However, it still cuts out. Last night, for example, I woke up two hours after I went to sleep and there was no audio playing anymore. I had to go to the app and start the audio back up, it did stay connected the rest the night. That happens roughly once a week, which doesn't sound too bad... Unless you are talking about a device meant to monitor a baby.  That can't happen, ever. I have thought about buying an audio monitor for this, but why should we need a separate device to go along with one of the more expensive baby monitors that doesn't include a tablet out there?

One thing I am interested to know though is how often you see the baby crying alert, as oposed to the audio detected in baby's room. Maybe I am doing something wrong, but I have only seen that alert a few times. The first

time was one of the first days and I thought it was awesome, but now can't remember the last time I saw it.  So if you have any tips on that, please let me know!

Message 79 of 145

**0 Kudos**

Reply


adambean
Luminary

2017-12-21 01:01 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I'm confused, are we now to understand that when/if the monitor is released, it won't be available as a stand alone purchase? That can't be right.

Message 80 of 145

**0 Kudos**

Reply


ChicagoOutfit
Guide

2017-12-21 05:40 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Netgear, you really had better offer a stand-alone tablet when you launch (even if it's just for registers users). I own two, very good Arlo Baby cameras... and I do NOT want to have to purchase another camera with a tablet. That would be a truly ridiculous request of current owners. Better re-think this... it was listed as a $99 accessory for months.

Message 81 of 145

**0 Kudos**

Reply



adambean
Luminary

2017-12-21 05:47 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

See attached.

I purchased two Arlos under the impression that we would be able to buy the monitor later.

They will release it stand alone, have faith. @JamesC, some clarity would be appreciated.

Thanks

Message 82 of 145

Screenshot_20171221-204445.jpg 302 KB

**0 Kudos**

**Reply**



mwittkopp89
Tutor

2018-01-05 10:16 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Has anyone heard anything more about the dedicated touchscreen?  I recently purhcased the Arlo and it would be nice to have the dedicated touchscreen monitor.  It seems like they first started advertising this monitor last year with an expected release date of Summer 2017, now that summer and fall have come and gone, do think there is an end in sight for the touchscreen monitor?

**0 Kudos**

**Reply**



tomncincy
Apprentice

2018-01-08 06:51 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I've kept quiet on this issue for some time now hoping that Netgear would resolve this without the need for legal action but my patience is running out. If this product is not made available as a standalone purchase by the end of the 1st quarter of 2018, I will have no choice other than to seek judicial relief.

It angers me to no end that I'm going to need to retain counsel at a significant expense to myself  however, make no mistake that I am unwavering in my resolve on this matter and I'm fairly confident that I will be able to recover legal fees when all is said and done.

At  issue here are two potential liabilities that  Netgear management should take serious notice of. First off by failing to make the touchscreen monitor available for purchase, Netgear is forcing parents to stream video of their minor children over the internet via servers that we can only assume are secure.

The second issue is the reliability of these servers because by forcing consumers to stream through remote servers, any service outage could expose Netgear to serious liability should this service fail resulting in serious injury or God forbid death of a child. Why would any company openly subject themselves to such a potential liability? Greed and arrogance come to mind.

James, I know that you monitor the community forums, so I'm going to request that you to pass this on to Netgear manamagement and encourage them to reach out to me. It's my sincere wish that we can come to a satisfactory resolution to this issue not just for myself but for everyone that purchased the Arlo Baby device with the belief that Netgear would make the touchscreen monitor available for purchase to consumers that wish to purchase one.

If someone from Netgear management or thier legal councle wishs to reach out to me on this issue, they know how to contact me other than that, this is the last I have to say on this subject other than to emplore Netgear not to test my resolve on this matter.

Please understand that I am not looking to receive any financial gain here other than the recovery of expenses I might incur resulting from legal action should that course of action be unavoidable. What I will be seeking is to persuade Netgear to either provide a free monitor in a reasonable time frame as decided by the courts or be required to buy back the cameras from consumers that were duped into purchasing the Arlo Baby when it was released, with the belief that Netgear would make the touchscreen monitor available in a reasonable amount of time, which they have not by any definition legal or otherwise.

Respectfully,

Thomas R. Mitchell

Message 84 of 145

3 Kudos

Reply



**pobo123**
Guide

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Thomas I will gladly join you. I too have put them on notice and have requested the exact same thing you have 1. A free monitor or 2. Buy my camera. This is unacceptable on all levels and after my twins screamed their heads off for more than 2 hours and my wife had to go see a counselor because she felt like such a terrible mom due to the camera failing (disconnecting) and is not hearing them I will gladly spend money to make a point. Class action is the way to go here. Rely to this post if you would like to join forces.

Message 85 of 145

**1 Kudo**

Reply



**rader**
Guide

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I'm in. Been beyond infuriated with this issue as long as I can remember. Bought this as soon as it came out with promise of the dedicated monitor. Basically don't use in the house. Where is the promised monitor? I bought in to Arlo ecosystem because of baby. Would have gone another way likely had I known this. About $850 invested in 5 cameras plus baby. NETGEAR, you need to make this right.

Message 86 of 145

**0 Kudos**

Reply



**bradpeschel**

Aspirant

2018-01-10 10:11 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

It appears that Netgear has released a new model number of the Arlo Baby with Apple HomeKit at CES. The landing page for Arlo Baby shows it to be Coming Soon. ABC1000A vs ABC1000R6
I see that current cameras will have a firmware update pushed. Hard to tell if there are any differences to the hardware.

Message 87 of 145

**0 Kudos**

**Reply**



F2W12
Guide

2018-01-10 03:50 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

+1 Thomas

I bought this thing via preorder and have suffered through the issues ONLY because of the promise of the dedicated tablet. And as each release date gets pushed further out, I find myself, almost a year later, wondering why I have put up with this for so long. We've all apparently been duped, and at the expense of our children. If they don't fix this, and soon, they'll have another customer seeking restitution through any and all legal means available to me.

Message 88 of 145

**0 Kudos**

**Reply**



pobo123
Guide

2018-01-10 06:15 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

dsmythe wrote:

I have had the Arlo Baby for several months now and I love it. It would be a tad nicer with the monitor too, but it's great without it and it's functionality, while imperfect, is largely fantastic. I looked at my neighbor's monitor the other day and it was vastly lower quality and without the vast majority of the features. My brother in law has gone through at least a few monitors with each breaking and being lower quality to my single one. I love that I can check on my little one with push alerts on my phone anywhere and I can take the Arlo Baby everywhere I'm going with wifi. I love that it can distinguish between regular audio (sometimes he babbles in bed) from crying (he needs me). Not to mention the white noise/other tunes, night light, air quality, humidity monitor and temperature gauge. I've done video chats with my wife and our baby. It's a great product. I use my phone and iPad as monitors and while I can't stream video for hours, I've never had a problem streaming audio for hours/all night (often when I sleep). I suspect at least a few complaints might relate to being unfamiliar with the functionality of the app (like being able to turn on audio that doesn't time out easily vs. video that can) and becoming upset, rather than looking up how it works. The Arlo Baby has a surprisingly large number of features and controls and this can result in having trouble learning all of them, but once you know them, they're great.

And while I'm looking forward to getting the dedicated monitor, it is nice to know I always have a monitor since I pretty much always have my phone. I don't know many, if any, other monitors that can do that and I have to carry 1 less intrusive device, not 2.

The accusations of malicious intent are quite unfounded and bizarre to me. For example, this accusation they were listed separately, now aren't and we are out of luck. I started looking into this 10-11 months ago and have never seen them listed separately. I started this thread for the sole reason to ask if they might be available separately at some point, and they affirmed they would be upon release. So, given I've never seen them listed separately, I have no idea why someone would comment they were and that has changed unless they mean over a year ago. Maybe I missed it, but i've looked pretty regularly for awhile. The only significant change I've seen is estimated release date, which is pretty common with new tech. Every time Canary, Arlo, Ring or a host of others have new products coming, they release "coming soon" "pre-orders", etc. Sometimes those products are delayed. It's pretty common. Estimated release dates aren't promises, so it's pretty ridiculous to accuse them of "trying" to screw anyone over. It sucks, but I don't see anyone offering a dedicated tablet with real time streaming like that, so I'm not going to

complain that Netgear is trying to make sure it works optimally before release (i'd rather them wait than release something that works poorly). It is to their advantage to release a fully working product and in no way to their advantage to screw anyone over.

Here is where it is listed separately and has been since the start! https://www.arlo.com/en-us/products/arlo-baby/display-monitor.aspx

Message 89 of 145

**0 Kudos**

**Reply**

rwinter
Tutor

2018-02-12 01:57 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

On the arlo baby page, it's now listed as a combo available Spring 2018, for an additional $150.
 --
Description
This Arlo Baby combo set will be available for purchase in Spring 2018. Join our pre-order list for future updates on availability!

https://www.arlo.com/en-us/products/arlo-baby/default.aspx

Message 90 of 145

**0 Kudos**

**Reply**



DavidsonMK ⚙⚙
Initiate

2018-02-15 12:21 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Got the email saying I could pre-order my Arlo security light. Wouldn't it be nice to get the email that says "Here's your free Touch Screen Monitor for being such a loyal customer. Sorry that your baby is almost a year old." 😐

Message 91 of 145

**0 Kudos**

**Reply**



kaza86 ⚙⚙
Aspirant

2018-02-17 04:41 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Can netgear please provide an update on this item? I also bought on the promise this screen was "coming soon"

Message 92 of 145

**0 Kudos**

**Reply**

Brett37 ⚙⚙
Tutor

2018-02-20 10:30 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I also purchased the Arlo Baby on release with the promise of the dedicated monitor to come out shortly after.  That was in May 2017.  My son is already 9 months old and I do not even use this camera.  I cannot return it.  I tried to use it for a short period but it kept disconnecting along with the delay.  I prefer not to drain my phone battery.  I only bought because the monitor was suppose to come right after.  I ended up buying another camera with a dedicated monitor that we use.   Very dissappointed.

Message 93 of 145

0 Kudos

**Reply**



F2W12
Guide

2018-02-22 11:26 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@JamesC It's been another 2 months since your last update of having no update. My daughter is almost 10 months old and I've had to buy additional products from other companies to help supplement your seriously flawed product. I would have returned this thing long ago had I known that each delay would cause the release date to continue to be pushed back further and further until I no longer had the option. Each time there was a delay, I gave you people the benefit of the doubt, that the next "projected" release would be accurate.

I want to know right now what the projected release date is, as well as what you are going to do to compensate all those who have had to suffer through these issues with no updates, little support, an complete indifference.

Message 94 of 145

0 Kudos

**Reply**



Moodyj
Aspirant

2018-02-22 12:36 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Although I am quite upset about the multiple delays from the company I can appreciate that this can happen. It still indicates poor planning, poor project management, and from what I have seen poor communication with your customers thus jeopardizing our trust in you.

So while I am upset, I simply had to jump ship and sell my (3 days out of Best Buy return policy) monitor for a 30% loss in value. I still believe in the company but I no longer am invested in your ecosystem and if you could do something to make this right that would be great.

Jon,

Message 95 of 145

**0 Kudos**

**Reply**



Pmrodriguez
Guide

2018-02-25 06:58 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Is there any information on when the touch screen monitor will be available for the arlo baby? The last I've seen is summer of 2017. And that has long past.

Message 96 of 145

**0 Kudos**

Reply



Thomaswgoodwin
Star

2018-03-03 08:57 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

This is incredibly dissapointing. I have been a NETGEAR customer ever since I can remember. I have been sitting on a slew of Arlo Pro 2 cameras that I purchased in hopes to set up a new security system when my first child arrived in February. However, this thing has been so poorly managed by NETGEAR that I may be forced to figure out how to return all of my cameras to either Bet Buy or directly to NETGEAR. My daughter deserves better than this, as does all the poor people that bought the Arlo Baby under the guise thy the product would be made whole within a reasonable time. NETGEAR really needs to step it up here. Otherwise, I will be looking to recoup the roughly $1,000 I have into the Arlo system as well.

Message 97 of 145

**0 Kudos**

Reply



mwittkopp89
Tutor

2018-03-04 08:29 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

i have had the Arlo Baby now for about three months and we have had out little one now for about three weeks.  We also have a set of Arlo Pro cameras around the house. In the limited time we have used it, we have managed to get by without the tablet for the following reasons.

1.  Arlo motion and sounds notifications are clutch and work very well and are very reliable.

2.  We have a Amazon Echo Show, that is integrated with Arlo and allows us to bring it up on the screen.  Its glitchy but once its running it works well.  I am sure Amazon and Arlo will work out the glitches over time.

3.  Just recently, Arlo integrated with Chromecast so you can view the Arlo stream on your TV if you have a Chromecast.  That features has been really nice as well - It too is glitchy but over time it should fix itself.

4.  If we want to have a live stream up with limited delay, we use an old cellphone of ours that has been reset to only have the Arlo App on it.

Note: There is about a 5-10 delay when viewing via Echo Show or via Chromecast but that hasn't really bothered us.  Our delay on our phones is down to a little under 2 seconds so we haven't really had any issues that way.

These are the ways we have managed without the dedicated tablet.  We do hope they release it at somepoint but until then we are making due without.  The features (music, night light & sensors) & stream quality definitly outweight the negatives we have experienced.  This monitor in my opinion is still the best on the market and will only get better once and if they finally release the tablet.

Message 98 of 145

0 Kudos

**Reply**



JamesC
NETGEAR Moderator

2018-03-14 09:39 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Dear Arlo Baby user,

First of all, we would like to thank you for being an Arlo Baby customer. We hope that this product has been a valuable addition to your family and keeping you close to your little one. Our ultimate goal has been to create the best, most innovative smart baby monitor in the market. Since the product launched in May 2017, our product and engineering teams have been working on improving connectivity, response time, and adding background features to make using Arlo Baby a delight for you to use every day. We recently launched our integration with Apple HomeKit to provide even more ways for you to make the most out of the product.

We wanted to let you know that we no longer plan to release a dedicated display monitor. Instead, we are offering people who bought an Arlo Baby a $30 coupon for an Amazon Fire HD 8 Tablet (16GB, With Special Offers), redeemable on Amazon.com. We think this tablet is a great alternative to the Arlo Baby Touchscreen Display. It works great with the Arlo app, offers great image and audio quality, and is Alexa-enabled so you can take advantage of the voice control capability offered by Amazon Alexa. If you would like to take advantage of this offer, please reach out to the Arlo Customer Support team. Please be prepared to provide your name, email address, and your Arlo Baby serial number/MAC address which can be found under the camera. Once our team has been able to verify your ownership of an Arlo Baby camera, we will respond to you with a one-time use coupon. This offer is only available to owners of Arlo Baby cameras registered before March 31, 2018.

Warm regards,
The Arlo Team

Tags (3)

- Tags:
- NOT SOLVED
- Pathetic
- typical netgear

**0 Kudos**

**Reply**



farrellw 
Guide

2018-03-14 09:51 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

While this is great in theory, what about those of us that have already done this.  I don't need another tablet.  I want a refund for the product that was supposed to be a complete solution.  Please contact me at your earliest convience to reutrn all said arlo baby products, so I can find another solution that will work.

Thank you,

Message 100 of 145

Thomaswgoodwin
Star

2018-03-14 09:51 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Un-freaking-believable!!

How about you all buy all of my Arlo cameras back if you can not get a direct connection mode established? Or how about you all provide a coupon for a competitors product that will provide a direct conection without WiFi? This ability has been promised, and is needed by my family when we travel to

places without WiFi such as my in law's home. Most of us already have an iPad or other such devices. Being provided a small coupon for something that is a redundancy of a WiFi required connection is not an acceptable solution.

Message <u>101</u> of 145

**0 Kudos**





<u>F2W12</u>
Guide

2018-03-14 09:59 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

No.

Just no.

I don't need another tablet. I don't want another tablet.

What I want is what was promised - a dedicated monitor that connects to the Arlo Baby that circumvents having to connect through wi-fi.  Wi-fi is imperfect and susceptible to any weak link in the process - Arlo hardware, phone/tablet hardware, ISP speed and reliability. What this tablet was to do is make the Arlo Baby reliable. And now you're telling me is that I have to rely on a safety device that cannot ensure that reliability.

I want a full refund of your product. Please contact me to set that up immediately.

Message <u>102</u> of 145

**2 Kudos**

**Reply**



Brett37
Tutor

2018-03-14 10:29 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I do not accept a $30 coupon.  If that is the only solution, it should be for the full cost of the tablet.  I bought this with the promise of a direct connect monitor.  I do not want it on wifi.

I want a full refund for the camera.  Please let me know how to do this.

Thanks.

Message 103 of 145

**1 Kudo**

**Reply**



dsmythe
Tutor

2018-03-14 10:35 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Netgear, bummer. Thanks for the heads up. Sorry it didn't work out. I know we all (you and us) which is had. My Arlo Baby works so well over wifi and my iOS device, my wife and I weren't sure we needed the dedicated tablet after all. The Arlo Baby been thoroughly wonderful for us. I appreciate the offer of the coupon.

Message 104 of 145

**0 Kudos**

**Reply**



pobo123
Guide

2018-03-14 10:36 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

This is absolutely NOT an acceptable solution with the premise that this camera system was sold with a dedicated tablet coming.  I have already bought a tablet, i don't want another one.  I strongly suggest you offer full refunds to those that desire it.  Please post your reply to this immediately.

Message 105 of 145

**2 Kudos**

**Reply**



Brett37
Tutor

2018-03-14 10:38 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I am in!

Message 106 of 145

**0 Kudos**

**Reply**



rwinter
Tutor

2018-03-14 10:42 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I didn't actually buy this camera, but as a result of this announcement I can no longer sleep at night, I have lost my job, my wife left me, my dog died, I am now homeless and it has triggered the rapture which will result in my soul burning in hell for all eternity.

I demand compensation for my ongoing pain and suffering. Please contact my ASAP to organise this.

## Regards

Message 107 of 145

Tags (2)

- Tags:
- burn in hell
- rapture

**0 Kudos**

**Reply**



Pmrodriguez
Guide

2018-03-14 10:51 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Not very satisfied at the moment. Considering I am burning out my iPad Pro with constant monitoring and connection is lost at least twice a week through WiFi. I am really regretting this purchase. I have been waiting for at least a year if not more to be told sorry it's not going to happen?

Message 108 of 145

**2 Kudos**

**Reply**



tunguyen 
NETGEAR Expert

2018-03-14 11:11 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Hi @F2W12,

The Arlo display was design to use WiFi to communicate directly with the Arlo Baby camera (through WiFi Direct), so the limitations you stated in your post would still apply. As we worked on this WiFi Direct route, we found that these limitations could not be completely mitigated and the user experience, at the end of the day, would not be where we want to deliver to you.

Unfortunately, we are not able to offer a full for the camera, but we hope that the alternative display solution will help.

Best,

Tu

Message 109 of 145

**0 Kudos**

**Reply**



Pmrodriguez
Guide

2018-03-14 11:20 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I'm sorry but your customer service is horrible. I wasn't looking for a full refund. Nor do I have connectivity issues with anything else in my home other than the arlo. So it is not an issue with my WiFi. If this is your response to an expectation the consumers had to your products I don't think I want to be associated with this brand any longer. I'll just take it as a loss and move on to a brand more reliable and sensitive to their customers issues.

Message 110 of 145

**2 Kudos**

**Reply**



Thomaswgoodwin
Star

2018-03-14 11:30 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Over an hour on the phone. Took me over 54 minutes to even speak with a manager. For the rest of that time, we discussed how this solution is not universal, and how a discount on a product that many people do not want, as well as does not fix the issue with direct connectivity. I was repeatedly told, "Netgear does not do refunds." I was also told that this "Level 2" was the top tier for issues such as this. There is a "Level 3" but that only applies to technichal issues with products. I let him know that I was very likely to buy Nest cameras before the Arlo Baby was released. I know how 3 Arlo Pro 2, one Arlo Q, and one Arlo Baby, that are unresturnable to the retailer. The only acceptable fix here would be the following:

1.  Refund the cameras
2.  Offer a replacement that has direct connectivity.
3.  Offer a compensation that is not limited to a specific device that solves no issues.

The supervisor said he would relay the information. God only knows how long untill I hear something back. I know there is about a zero chance that Netgear refunds me for all of my cameras. The more likely, unfortunate solution, would be to offer compensation that is not restricted to some tablet that I have no need for. I have a need for a high quality direct connect baby monitor. I suggest that all of the frustrated people voice their dissatisfaction. This is false advertisement, and it has rendered many of us with entire systems that now

no longer work as advertised. All the while, they have been developing new devices that integrate with Apple Home Kit.



Message 111 of 145

**2 Kudos**

**Reply**



BigJim378
Tutor

2018-03-14 11:32 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

As a long time Netgear reseller and user, this is very disappointing. I have no need for another tablet as my family already own 3 of them, so your solution of a $30 coupon is not a fair solution.  The stand alone tablet was the deciding factor for me when making my purchase.  I would also like to see a gift card to be used on Amazon instead of a coupon.  I also will not be recommend your products anymore, and will no longer be purchasing any Netgear items.  I feel as if this whole tablet/Arlo Baby has been mismanaged from day one.

Message 112 of 145

**3 Kudos**

**Reply**



BigJim378
Tutor

2018-03-14 11:49 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I am happy to see that you are monitoring these replies and editing them to your liking....yet another reason I will not be recommending any Netgear products to any of my customers any more.

Message 113 of 145

**1 Kudo**

**Reply**



pobo123
Guide

2018-03-14 11:52 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Netgear Moderator,
you can continue to modify my posts, removing the reference that if a full refund is not offered to me as a customer, i am prepared to file a class action suite for the class affected on the basis of false advertising, misleading claims, and fraud.  I will continue to post this to this forum (and to others that you can't delete).  As i mentioned, you have 10 days to provide a formal response from 3-14-2018.  This is a bad look for you, and modifying posts that your users are making is even worse.  You are just digging yourself a bigger hole.  Remember your own forum design, each time a post is put here, it emails EVERYONE that post.  Good luck keeping up with your pissed off customers respsonses.

Message 114 of 145

**6 Kudos**

**Reply**



F2W12 ⚙✿

Guide

2018-03-14 12:09 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@tunguyen

What?

The Arlo Baby Display is designed for an uninterrupted baby monitoring experience, so you can use your smartphone for other tasks. With this large 7" touchscreen display, the **Arlo Baby camera can also be used offline, without the need for an internet connection, just like a traditional baby monitor**. Take the Arlo Baby camera and display anywhere you want and still enjoy many of the available smart features **even when a WiFi connection is not available**.

... and from a post here on the forums by JamesC and ChristineT

In its Direct Connect mode, the display will allow for live streaming of video from the Arlo Baby camera **without the need for an Internet connection**. Cloud features such as remote live streaming and Library access will not be available from the tablet in Direct Connect mode. The display can also connect to the cloud via WiFi, just like a regular smart tablet. When connected to WiFi, the tablet will have all the cloud features as you would expect from the Arlo mobile app, and allow you to access all devices on your Arlo account.

Again, I demand a full refund. Or at least a refund of the proposed cost of the new defunct tablet.

Message 115 of 145

**3 Kudos**

**Reply**



Thomaswgoodwin
Star

2018-03-14 12:17 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@tunguyenThis is categorically flase. As @F2W12 has already posted, the adverstisements clearly stated that an internet connection would not be needed. Wether that was some word play to say no internet connection was needed while WiFi would have been, or a complete oversight by yourself, no internet connection was promised to be a capability of the device.

Message 116 of 145

**0 Kudos**

**Reply**



Pmrodriguez
Guide

2018-03-14 12:23 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Thank you for posting this. To be told it wouldn't have helped my connectivity issues was a slap in the face.

Message 117 of 145

**1 Kudo**

**Reply**



Thomaswgoodwin

Star

2018-03-14 12:25 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Just a reminder of that since they seemed to have forgot a very obvious problem. You can not silence the thoughts of a class action suit by editing your members posts, such as you did @BigJim378. The deleted portion is highlighted.



Message 118 of 145

**0 Kudos**

**Reply**



tunguyen
NETGEAR Expert

2018-03-14 12:30 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Hi @Thomaswgoodwin, @F2W12,

Our design for the display aimed to create the direct connection between the display and camera using WiFi Direct, and would not require an internet connection. WiFi Direct connection is subject to interference from the surrounding environment, and although we applied mechanisms to overcome some of the limitations, others remained.

Best,

Tu

Message 119 of 145

**0 Kudos**

Reply



Thomaswgoodwin
Star

2018-03-14 12:32 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Which means I could have taken a spare netgear router to my in-laws rural home and set up a private network without internet, correct? @tunguyen

Message 120 of 145

**0 Kudos**

Reply



Brett37
Tutor

2018-03-14 01:11 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

You cannot just edit a post you do not like.  As @pobo123 said, we all get emails with the original post.  I am including the post you deleted about the class action below.  I am joining in if/when it happens unless you refund all of us our original purchase price of the Arlo Baby.  You mislead us for almost a year with false advertising.  I even had to buy a different baby monitor with dedicated display since my Arlo Baby always disconnected and I could not trust it anymore.


"Hi Brett37,

pobo123 (Tutor) posted a new reply in Arlo Baby on 2018-03-14 01:36 PM :

This is absolutely NOT an acceptable solution with the premise that this camera system was sold with a dedicated tablet coming.  I have already bought a tablet, i don't want another one.  I strongly suggest you offer full refunds to those that desire it.  If Netgear chooses not to go down this path, I am prepared to file a class action lawsuit against Netgear for false advertising, misleading claims, and fraud.  Please post your reply to this immediately.  If no reply is received within 10 working days from 3-14-2018, i will proceed with legal action on behalf of the class that has been affected.   "

Message 121 of 145

**1 Kudo**

**Reply**



mwittkopp89
Tutor

2018-03-14 01:44 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

WIFI direct would have been similar to how Panasonic Camcorders or GoPros transmit their images to cell phones, am i correct?

So I assume that this WIFI direct capability still exists in our cameras and is just disabled.  Why not enabled it for people to stream directly to cell phone, tablet or other wifi device and they would just have to deal with the limitations.  AKA, If I know that when I connect to my ARLO baby via WIFI direct and I am limited to 30 feet (or w/e the limit) I think that is a better option then not allowing it at all.  This would not require a internet connect.  If its the

same as the GoPro or panasonic video camera, they do not require a wifi data connection to work.

Just a thought.

Message 122 of 145

**1 Kudo**

<span style="border:1px solid green; padding:4px;">**Reply**</span>


tunguyen
NETGEAR Expert

2018-03-14 02:09 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Hi @mwittkopp89,

Yes, what you described is similar to what would have been put in place for Arlo Baby and the display monitor. As you probably already know, when you connect your smart phone to a WiFi Direct network, you lose your internet connection. Your phone at this point only connects to the master device (the camera in this case). This solution is ok if you only need temporary connection with a device to transfer files for example, but not feasible as a solution for video monitoring. This was why we needed a dedicated device to make the solution possible.

Best,

Tu

Message 123 of 145

**0 Kudos**

<span style="border:1px solid green; padding:4px;">**Reply**</span>



F2W12

Guide

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@tunguyen

Please tell me how a dedicated monitor would suffer the same limitations that I explicitly outlined.

Phone/tablet hardware/software issues should be minimal because it would be with a Arlo tablet with Netgear support, without the proprietary UI and hardware from Apple and other manufacturers you would have had to navigate and ensure compatibility. Plus, I would hope the dedicated monitor would have been less complex, both hardware and software-wise than say, an iPad.

Also, ISP issues would be nil since WI-FI P2P, which is what WI-FI direct is, is essentially a WI-FI connection directly between devices. It cuts out the ISP and any router or other external hardware completely.

What I find so hilarious is you said that based on the limitations, you couldn't provide a suitable tablet experience. Why didn't you explore that before promising it to consumers, and marketing the Arlo Baby with this feature that was an absolute selling point to most of us? And it's equally hilarious that you actually believe that by not delivering on your promise and trying to offer a measly coupon to the consumers that all probably already own tablets (Who on here doesn't already own a tablet? Seriously?) and doesn't actually solve any problem is somehow compensation for dealing with all of the technical missteps you've made, and is somehow an actual "solution" for this huge tablet cluster. Look at this thread! This is more traffic than your boards have received probably ever. We're NOT satisfied with this "solution."

Again, I demand a refund.

PS, I have a number of conversations and transcripts (chats, calls, etc.) saved that contain numerous promises related to the release of this tablet. I'm sure they will help to establish the narrative in the inevitable action that's to follow..

Message 124 of 145

**1 Kudo**

**Reply**



Thomaswgoodwin
Star

2018-03-14 07:46 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

How ironic.... My AT&T internet is down tonight and I can now not monitor my three week old because my camera will not connect and there is no direct connect method. FANTASTIC!! Bring on that class action lawsuit. The class will be huge!!

Message 125 of 145

**1 Kudo**

| Reply |



Steph44
Guide

2018-03-14 08:28 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I would like to just be able to return it. I have been patient waiting for the direct connect tablet. I really thought this would be the perfect monitor. I truly don't understand how, in 2018, it takes 30+ seconds to connect AND you couldn't deliver on your tablet promise. Just let people return the **bleep**ty product.

Message 126 of 145

**2 Kudos**

| Reply |



Pmrodriguez
Guide

2018-03-15 07:02 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Am I the only one having serious issues with this baby monitor since yesterday when all most found out the monitor was never coming? My arlo app keeps going completely white. I have to keep signing in. It's almost like Netgear is messing with everyone's camera because we got pissed they wouldn't honor their initial offer. I've had consistent issues but now this thing is really not working right.

Message 127 of 145

**1 Kudo**

**Reply**



farrellw ⚙️⚙️
Guide

2018-03-15 07:46 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Agree 100%. Mines been acting up last 4 days. Disconnects nightly and won't reconnect until I power cycle it which is a blast since my daughter is in bed. It's been very frustrating to use this week. Don't know if there was an update that's screwed up or what

Message 128 of 145

**2 Kudos**

**Reply**



F2W12 ⚙️⚙️
Guide

2018-03-16 04:56 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Look at the other threads on this message board. Lots of people have been complaining of constant issues since the last update.

And Netgear wants us to believe that getting a $30 coupon towards an Amazon tablet is supposed to make up for this thing essentially being a expensive, albeit cute, paperweight?

Just give us our money back.

Message 129 of 145

**2 Kudos**

**Reply**

uunnzz ⚙️⚙️
Aspirant

2018-03-17 07:42 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

What a fail! Can you guys at least enable P2P mode on the camera so I can use a better app to monitor it? With the recent updates the Arlo app on Android can't stay connected to the camera and many times won't connect to begin with. For all of you who want a better solution you should get a WyzeCam camera (~$25) and use TinyCam Pro (~$4). You would also need a micro SD card if you would like to record automatically on the camera. The only things it doesn't do is monitor temperature and humidity, and doesn't play music. It does make up for that in other ways like having P2P (direct local connection to the camera - does not have to use the internet), picture-in-picture mode on your phone/tablet (dunno if this works on Apple devices), background audio, customizable audio/motion alerts. It also allows you to create a shortcut directly to a camera so you just need one tap to get to it, which can also be done with tap and hold (3D touch on Apple... lol) and selecting a camera from the menu that pops up from the app icon. Sad that a $30 solution works better for me than the Arlo camera and app. I wish I could get a refund and buy a normal baby monitor for 20% of the cost or just keep using my WyzeCam solution.

Message 130 of 145

**0 Kudos**

**Reply**



UpsetCustomer99
Tutor

2018-03-20 01:11 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I'm here to pass along my support to all of the other loyal Netgear customers that were affected by Netgear's most recent show of extreme unreliability and complete indifference to customer concerns.  Many customers, myself

included, have been waiting patiently for Netgear to fulfill their advertised commitment only to find that we've been duped.  The Arlo Baby is now officially not able to operate in the manner that it was initially advertised.  I, along with many others, have screenshots of all of the advertisements and comments from moderators stating that the Arlo Baby would eventually function in a direct connected manner that would allow for its use in locations without wifi.  Like so many others, I would not have purchased this product had it not been for this promised eventual capability/functionality.  Now that it has been announced that this advertised functionality will no longer be available, I will be forced to purchase other equipment.  The product is no longer able to be returned to the retailer that it was purchased from.  I would like a complete refund and to return my Arlo Baby to Netgear or will be forced to participate in legal action with the other customers that were deceived.

Please respond ASAP.

Message 131 of 145

**1 Kudo**

**Reply**



pobo123
Guide

2018-03-20 01:19 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

directly from their webpage - download the pic to the right so you can see how badly everyone was duped.  Clock is ticking Netgear!

Message 132 of 145

Arlo Baby1.jpg 142 KB

**0 Kudos**

**Reply**



rwinter
Tutor

2018-03-20 01:23 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

If there was any advertising on the packaging, or contents saying this would work with a future planned product (the remote screen), you could probably return the product to the reseller under the implied warranty law.

Message 133 of 145

**0 Kudos**

**Reply**



UpsetCustomer99
Tutor

2018-03-20 01:32 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I don't recall that there was any reference but I will check when I return home.  I'm sure they were careful to not include this on the Arlo Baby packaging.  Worth a look nonetheless.

Edit: Nothing on the packaging it seems, however the attached screenshot is of physical, printed media that came with my Arlo Baby.  See screenshot.

Message 134 of 145

2018-03-20 15.33.13.jpg 1830 KB

**0 Kudos**

**Reply**



farrellw
Guide

2018-03-20 01:36 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

The only reference on the box that is even close is wording that says "View from Anywhere, Anytime" located above the packaging window and on the side of the box.  On the side it also adds "Keep an eye on your baby using the Arlo app to watch, listen in, and talk using your smartphone, tablet or computer." There are no other references to dedicated monitors, direct connect etc on the box.

Also as an added downfall to their claims on the bottom of the box under requierments, it lists High-Speed Internet, WiFi Connection and AC Power.

Message 135 of 145

**0 Kudos**

**Reply**



F2W12
Guide

2018-03-20 02:06 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I also have the above-referenced card within the packaging promising the release of the tablet.

But even if there was nothing on the box or included in packaging, I like many others here pre-ordered the Arlo Baby based solely on electronic advertising, before a box even existed. I relied on this marketing, as well as subsequent

promises made on here as well as through social media, chat, email, and phone calls with Arlo Support. I even recall a phone conversation I had with someone from support several months ago where that associate told me that he was receiving training on the dedicated tablet in the upcoming days because it was to be released within a few short weeks. And look where we are now!

I have had to suffer through the black screens, lost connections, latency, pixelation, and failed update after failed update (like the current one) that each only has worked to erode any and all positive progress that was previously made. All of these are completely unacceptable issues to have with a baby monitor, but I continued to stay with the product ONLY because of the promise of a dedicated tablet. Now not only is the tablet being scrapped altogether, but now they're trying to dupe me a second a second time by saying that the product wouldn't have even lived up to my expectations anyway. I was led on for a year. How naive of me.

Give us the option to get our money back Netgear.

I even bought the later-released stand (why did that take 9 months to release anyway) and the cute little kitty outfit. I'll gladly take a loss on these to get my money back for the camera right now, so that I can quickly give my business to someone who actually knows what they're doing.

Message 136 of 145

**1 Kudo**

Reply



rwinter
Tutor

2018-03-20 02:09 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

How about the products datasheet. The screen is still listed as an "excellent addition" accessory.



Message 137 of 145

Capture.PNG 70 KB

**0 Kudos**

**Reply**



rwinter
Tutor

2018-03-20 02:14 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

@F2W12 wrote:

I also have the above-referenced card within the packaging promising the release of the tablet.

But even if there was nothing on the box or included in packaging, I like many others here pre-ordered the Arlo Baby based solely on electronic advertising, before a box even existed. I relied on this marketing, as well as subsequent promises made on here as well as through social media, chat, email, and phone calls with Arlo Support. I even recall a phone conversation I had with someone from support several months ago where that associate told me that he was receiving training on the dedicated tablet in the upcoming days because it was to be released within a few short weeks. And look where we are now!

Yes, but if the product packaging itself includes a promise that is unforfilled: "(f) conform to the promises or affirmations of fact made on the container or label if any."

Or if the seller knows of a particular purpose that the device ends of not fullfilling:
"Where the seller at the time of contracting has reason to know any particular purpose for which the goods are required and that the buyer is relying on the seller's skill or judgment to select or furnish suitable goods, there is unless excluded or modified under the next section an implied warranty that the goods shall be fit for such purpose."

then, assuming you haven't waived your rights to the implied warranty, you can just return it to the place of purchase and ask for a full refund.

Message 138 of 145

**1 Kudo**

**Reply**



UpsetCustomer99
Tutor

2018-03-20 02:52 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

As a Bestbuy Elite+ member, I reached out to the dedicated team and expressed my issue with the product and the way Netgear has handled the situation.  Explained the product is no longer able to function as advertised without a dedicated monitor.  They were not willing to provide me with a refund exception.  It was suggested that I take the product to a local store, speak with the manager and request a refund exception.  I will probably see if this produces any results, even if it's store credit.

If the way Netgear has handled the concerns/complaints so far is any indication of how the new blowback will be handled, we should explore all potential options.  Netgear will likely sit on their hands until they're forced to do something.

Message 139 of 145

**0 Kudos**

**Reply**



PBJ918
Tutor

2018-03-20 07:52 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I purchased and Arlo Q and Arlo Q Plus based on this response:
https://community.netgear.com/t5/Arlo-Baby/Arlo-Baby-Touchscreen-multiple-cameras/m-p/1297028/highli...
I intended to purchase the Arlo Baby with the display as soon as it was released because it would have served dual functions and fill a void in the home surveillance market. My Arlo Q's are almost as bad as the Arlo Baby, too.

Message 140 of 145

**0 Kudos**

Reply



Elijahsupper 
Aspirant

2018-03-21 05:04 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Ive noticed that the NetGear is offering money off to put towards an amazon fire tablet for those who have Baby Moniotr.  My question is can this camera connect directly to the this tablet rather than an iPad using the Bluetooth? Or rather is this an offer for those who bought the camera who were expecting the dedicated display?

As we prepare for our second baby I was looking at getting there cameras for our kids rooms but we like the idea of a dedicated monitor. When we travel and we stay in a hotel to where the kids allways have their space to sleep & we always bring our current monitor for obvious reasons.

Something tells me this will not be as easy to hook up when we travel do to probably having the cameras MAC number needing to be added for our short time there. Has anyone explored this traveling?

Thanks in Advance.

Message 141 of 145

Tags (1)

- Tags:
- Before You Buy

**0 Kudos**

**Reply**



farrellw 
Guide

2018-03-21 05:16 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

It's all wifi based.  When you travel you would need to setup your camera again.  Once thats complete it works fine.

the coupon is striuctly for a tablet that you can use their app on.  This will not allow a direct connect as they have completely taken that off the table.

Message 142 of 145

**1 Kudo**

**Reply**



rader
Guide

2018-03-21 07:51 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

Plus one on necessary legal action.  I purchased baby based on the promise of functionality that is no longer intended to be delivered.  Further, I committed

to an entire Arlo ecosystem for cameras based on this same information.  Netgear needs to step up and at a MINIMUM provide a fulll refund for the original Arlo Baby purchase.

Message 143 of 145

**1 Kudo**

**Reply**



Thomaswgoodwin
Star

2018-03-21 09:58 AM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**


My case has now been "resolved" in the eyes of Netgear. Now that they have made their stance clear, it is time to take further action.



Message 144 of 145

**1 Kudo**

**Reply**



neo1981
Tutor

2018-03-21 12:10 PM

**Re: Arlo Baby and Dedicate Touch Screen Monitor**

I just found out as well that Arlo Baby won't be releasing a stand-alone monitor anymore. The only reason why I bought a not-so-well reviewed camera on Amazon was so that I'd have the option of using the camera via the iphone app AND the monitor w/o an internet connection.

And, of course, now the camera is out of the return window at Amazon and Netgear won't take it back.

If I had known that the stand-alone monitor isn't happening, I would've never bought this thing in the first place.

Netgear - I am more than happy to send the camera back for a full refund.

Thanks everyone for putting your feedback here! It's good to know that it's not only me who feels deceived by this entire episode.

Message 145 of 145

Tags (2)

- Tags:
- no standalone monitor
- return arlo baby

**0 Kudos**

**Reply**