UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RYAN KLEBBA, on behalf of himself and others similarly situated, | : |
| Plaintiff, | : Case No. 1:18-cv-00438 |
| v. | : |
| NETGEAR, INC., | : |
| Defendant. | : |

**JOINT STATUS REPORT REGARDING ARBITRATION PROCEEDINGS**

In its order granting, in part, Defendant Netgear, Inc.'s Motion to Compel Arbitration and to Dismiss Plaintiff's Claims, this Court ordered that the parties file a joint status report detailing the status of the arbitration proceedings. ECF No. 35.

Accordingly, the parties state that they have submitted initial briefing to the JAMS arbitrator concerning the validity and scope of the arbitration provision in the Arlo Terms of Service. Plaintiff's reply brief is due on October 11, 2019, and the deadline for the parties to request a hearing before the arbitrator is October 14, 2019. The parties anticipate resolution of Plaintiff's objection to arbitration in the near future thereafter.

Dated:  October 3, 2019  Respectfully submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Ave., Ste. 1540
Austin, TX 78701
Tel: (512) 803-1578
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Alexander D. Kruzyk (*pro hac vice*)
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, FL 33487
Tel: (561) 826-5477
Fax: (561) 961-5684
akruzyk@gdrlawfirm.com

*Counsel for Plaintiff and the proposed classes*

Lee L. Kaplan
Texas Bar No. 11094400
Razvan Ungureanu
Texas Bar No. 24085630
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
lkaplan@skv.com
rungureanu@skv.com

Quyen L. Ta (*pro hac vice*)
California Bar No. 229956
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1209
Facsimile: (510) 874-1460
qta@bsfllp.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2019, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil