UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| RYAN KLEBBA, on behalf of himself and others similarly situated, | : : : : | |
| Plaintiff, | : : | Case No. 1:18-cv-00438 |
| v. | : : : | |
| NETGEAR, INC., | : : | |
| Defendant. | : : | |

**JOINT STATUS REPORT REGARDING ARBITRATION PROCEEDINGS**

Through its order granting, in part, Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Claims, ECF No. 21, this Court ordered that the parties "file a joint status report detailing the status of the arbitration proceedings on June 5, 2019, and every 120 days thereafter." ECF No. 35.

On September 6, 2019, Plaintiff submitted to the parties' mutually selected arbitrator—Hon. Jeff Kaplan (Ret.), of JAMS—a brief requesting that Judge Kaplan find the arbitration clause at issue to be unenforceable, and to remand this matter to this Court for resolution on its merits. Defendant subsequently filed its response brief. And on October 25, 2019, Judge Kaplan heard oral argument regarding the enforceability of the subject arbitration agreement.

On November 11, 2019, Judge Kaplan issued an order through which he concluded: "Accordingly, Klebba's objections to arbitration are sustained. His claims against Netgear are not arbitrable."

1

Subsequently, the parties agreed to mediate this matter with Bruce Friedman, Esq.[1] on March 26, 2020, in Austin, TX. To facilitate mediation, the parties have agreed to toll all remaining case deadlines, including the deadline for Defendant to file a motion to vacate the arbitration order, effective January 28, 2020 until the parties conclude mediation proceedings scheduled for March 26, 2020.

Notwithstanding, the parties have also agreed that in the event they are unable to resolve this matter through mediation proceedings scheduled for March 26, 2020, litigation should restart in this Court shortly thereafter, and that no party will seek to stay proceedings in this Court following an unsuccessful attempt to resolve this matter through mediation proceedings scheduled for March 26, 2020.

Accordingly, the parties respectfully request that this Court set a case management conference for a date shortly after March 26, 2020.

Dated: January 31, 2020                     Respectfully submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil
Alexander D. Kruzyk (*pro hac vice*)
Greenwald Davidson Radbil PLLC
401 Congress Ave., Ste. 1540
Austin, TX 78701
Tel: (512) 803-1578
aradbil@gdrlawfirm.com
akruzyk@gdrlawfirm.com

---

[1] https://www.jamsadr.com/bruce-friedman/.

*Counsel for Plaintiff and the proposed classes*

Quyen L. Ta (*pro hac vice*)
California Bar No. 229956
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
qta@bsfllp.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

<u>/s/ Aaron D. Radbil</u>
Aaron D. Radbil