UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---------------------------------------------------------x
:
RYAN KLEBBA, on behalf of himself and :
others similarly situated, :
:
            Plaintiff, : Case No. 1:18-cv-00438
:
v. :
:
NETGEAR, INC., :
:
            Defendant. :
---------------------------------------------------------x

**JOINT STATUS REPORT**

1.    On May 24, 2018, Ryan Klebba ("Plaintiff") filed his class action complaint against Netgear, Inc. ("Defendant"). ECF No. 1.

2.    On July 23, 2018, Defendant filed its motion to compel arbitration, ECF No. 21, in response to which Plaintiff filed his opposition, ECF No. 25, and in support of which Defendant filed its reply, ECF No. 30.

3.    On February 5, 2019, this Court granted Defendant's motion to compel arbitration, in part, noting that Plaintiff "agreed to delegate the determination of his remaining disputes regarding the arbitration clause's validity and scope to an arbitrator." ECF No. 35 at 9.

4.    On September 6, 2019, Plaintiff submitted to the parties' mutually selected arbitrator—Hon. Jeff Kaplan (Ret.), of JAMS (https://www.jamsadr.com/kaplan/)—a brief requesting that Judge Kaplan find the arbitration clause at issue to be unenforceable, and to remand this matter to this Court for resolution on its merits. Defendant opposed this request in its response.

5. October 25, 2019, Judge Kaplan heard oral argument regarding the enforceability of the subject arbitration agreement.

6. On November 11, 2019, Judge Kaplan issued an Order holding that the arbitration clause in question was unconscionable and, accordingly, that "[Plaintiff's] claims against [Defendant] are not arbitrable." November 11, 2019 Order, attached as Exhibit A.[1]

7. On April 17, 2020, the parties mediated their dispute with Bruce Friedman, Esq. of JAMS (https://www.jamsadr.com/bruce-friedman/).

8. The parties were, however, unable to reach an agreement to resolve this matter.

9. Accordingly, the parties respectfully request that this Court set a case management conference, in line with this Court's April 17, 2020 Order, ECF No. 46, "shortly after the Western District reopens."

---

[1] Defendant intends to contest the arbitrator's Order in a forthcoming Motion to Vacate. Plaintiff, on the other hand, believes that Defendant's forthcoming Motion to Vacate is without merit. Nevertheless, the parties will not seek to stay this matter pending resolution of Defendant's Motion to Vacate the arbitrator's Order.

2

Dated: April 24, 2020                           Respectfully submitted,

<div style="margin-left:3em">

*/s/ Aaron D. Radbil*
Aaron D. Radbil
Alexander D. Kruzyk (*pro hac vice*)
Greenwald Davidson Radbil PLLC
1540 Congress Ave., Ste.1540
Austin, TX 78701
Tel: (512) 803-1578
aradbil@gdrlawfirm.com
akruzyk@gdrlawfirm.com

*Counsel for Plaintiff and the proposed classes*


Quyen L. Ta (*pro hac vice*)
California Bar No. 229956
BOIES SCHILLER FLEXNER LLP
44 Montgomery St., 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
qta@bsfllp.com

*Counsel for Defendant*

</div>

## CERTIFICATE OF SERVICE

I certify that on April 24, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil