UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RYAN KLEBBA, on behalf of himself and others similarly situated, | |
| Plaintiff, | Case No. 1:18-cv-00438 |
| v. | |
| NETGEAR, INC., | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Plaintiff and Defendant notify the Court that they have reached an agreement in principle to resolve this action. The parties respectfully request that the Court dismiss all pending motions as moot, vacate all pending deadlines, and provide the parties with 30 days to finalize settlement documents and file a stipulation of dismissal.

Dated: June 29, 2020                            Respectfully submitted,

                                               */s/ Aaron D. Radbil*
                                               Aaron D. Radbil
                                               Alexander D. Kruzyk (*pro hac vice*)
                                               Greenwald Davidson Radbil PLLC
                                               401 Congress Ave., Ste. 1540
                                               Austin, TX 78701
                                               Tel: (512) 803-1578
                                               aradbil@gdrlawfirm.com
                                               akruzyk@gdrlawfirm.com

                                               *Counsel for Plaintiff*

                                               */s/ Quyen L. Ta*
                                               Quyen L. Ta (*pro hac vice*)
                                               Laura Lively Babashoff (*pro hac vice*)
                                               King & Spalding LLP
                                               101 Second Street, Suite 2300
                                               San Francisco, CA 94105
                                               Tel: (415) 318-1200
                                               qta@kslaw.com
                                               llively@kslaw.com

                                               *Counsel for Defendant*

## CERTIFICATE OF SERVICE

     I certify that on June 29, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                               */s/ Aaron D. Radbil*
                                               Aaron D. Radbil